UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Yasser Boza Diaz

Case No.: 24-15532-CLC
Chapter 13

_____Debtor(s)_____/

## Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to Mortgage Modification Mediation

The Debtor files this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and <u>US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST / Shellpoint Mortgage Servicing</u> ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter 13 on <u>May 31, 2024</u>.

2. Debtor requests MMM for real property ("Property") located at the following street address: <u>8090 W 18TH LANE RD, Hialeah, FL 33014</u>; account number for this Property is <u>4613</u> (last four digits).

   a. The Property is (check one box):

      ☒ the Debtor's primary residence

      ☐ not the Debtor's primary residence

   b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

      ☐ Debtor only

Page 1 of 6

MMM-LF-01 (rev. 03/02/23)

☒ Debtor and non-filing co-obligor/co-borrower/third party

Contact information for co-obligor/co-borrower/third party:

Name: __Yoelexys Figueroa__
Address: __unknown (homeless)__
_____
Telephone: __unknown_____
email: __unknown_____

☐ Other:

Name:_____
Address:_____
_____
Telephone:_____
email:_____

c. If applicable, Debtor's attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

☒ modify the mortgage on the Debtor's primary residence.

☐ modify the mortgage on Property that is not the Debtor's primary residence.

☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $60.00 and the required non-refundable Document Preparation Software fee in the amount of $60.00 for a total fee of $120.00.

MMM-LF-01 (rev. 03/02/23)

5. Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $60.00 Document Preparation Software fee to the approved vendor. Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtor's attorney has determined that:

    ☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

    ☐ Lender is not registered. Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtor requests Lender consider (check as many boxes as applicable):

    ☒ a HAMP or government sponsored loan modification

    ☒ a conventional loan modification

    ☐ a deed in lieu of foreclosure

    ☐ a state court consent *in rem* final judgment of foreclosure

    ☐ surrender options

MMM-LF-01 (rev. 03/02/23)

☐ other: _____

8. **IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:**
    a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.
    b. Debtor represents that the property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $400.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $60.00. In addition, the Debtor's attorney will upload the Order to the MMM Portal as part of the submission of Debtor's documentation.

11. Debtor's attorney:

    ☒ will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

☐ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because the Debtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program.

13. [For chapter 7 debtors] Debtor understands and consents to this Court's MMM procedures which require that, if the Debtor becomes otherwise eligible for entry of a discharge before the MMM process is completed, the Court shall delay issuance of the discharge until either an agreement is reached or the parties reach impasse as reflected in the Local Form "Final Report of Mortgage Modification Mediator".

**WHEREFORE,** Debtor requests that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on _August 20_, 20_24_.

_____
Debtor

_____
Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on _August 20_, 20_24_.

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: /s/ Jose A. Blanco |     FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463

Copies to:

Lender: US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, 300 Delaware Avenue, 9th floor, Wilmington, DE 19801

Shellpoint Mortgage Servicing PO Box 10826. Greenville, SC 29603-0826

Lender's counsel (if you already know who Lender's counsel is) George Zamora, Esq., ECF User; Nicole Mariani Noel, Esq., ECF User

Any co borrower, or additional party named in 2 b. of this motion by U.S. Mail or email