| **Fill in this information to identify the case:** |
|---|

Debtor 1          Yasser Boza Diaz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern          District of   FL
                                                                                         (State)

Case Number   24-15532-CLC

Official Form 410S1
**Notice of Mortgage Payment Change**                                                                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST

**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: 4613

**Date of payment change:** 04/01/2025
Must be at least 21 days after date of this notice

**New total payment**:                    $2,394.98
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:** $813.24                    **New Escrow Payment:** $760.79

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current Interest Rate:                                                  New Interest Rate:

Current Principal and Interest Payment:                 New principal and interest payment:

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes    Attach a copy of any documents describing a basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for Change:

Current Mortgage Payment:                                      New Mortgage Payment:

Debtor 1 __Yasser Boza Diaz_____  Case number (if known) _24-15532-CLC_
          First Name   Middle Name   Last Name

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent.
                        (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct and to the best of my knowledge, information, and reasonable belief and is specifically based upon the Creditor's pre-filing verification and approval of the content of this notice of payment change.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ __George Zamora___                          Date __February 27, 2025__
      Signature                                                                                  mm/dd/yyyy

**Print:** George Zamora                          Title: Attorney

Company __Kass Shuler, P.A.__

Address __1505 N. Florida Ave.__
          __Tampa, FL  33602-2613__

Contact phone __(813) 229-0900__                 Email __gzamora@kasslaw.com__

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 27, 2025, by U.S. Mail and/or electronic mail via CM/ECF to: Yasser Boza Diaz, 8090 W 18TH LANE RD, Hialeah, FL 33014; Yoelexys Figueroa at his/her place of abode, 8090 W 18TH LANE RD, Hialeah, FL 33014; Jose A. Blanco 102 East 49th Street, Hialeah, FL 33013; Nancy K. Neidich, Trustee P.O. Box 279806, Miramar, FL 33027-9806; Office of the United States Trustee 51 Southwest First Avenue, Suite 1204, Miami, FL 33130.

                                            /s/ George Zamora_____
                                            George Zamora

2424734B/mb