UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE:    YASSER BOZA DIAZ                           CASE NUMBER: 24-15532 CLC

### TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
### (If this case is dismissed, this deficiency is an objection to reinstate)

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.*  **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued.  Pro Se debtors may fax documents to 954-443-4452.  Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**.  During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation.  A final calendar will be published with any changes to this recommendation the day before the hearing on the front page of the Trustee's website.

***RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT***

**THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED**

TRUSTEE'S RECOMMENDATION FOR HEARING

LAST REVIEWED: **3/6/2025**
*Objection to Exemptions: 25 U.S.C. § 412a*

**2 A Plan served 12/11**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record: DISMISS unless documents/amendments received by 3/19 AND attorney pre-calls with Trustee's staff attorney on 3/20:** Remains unresolved since 12/17 1) Provide Profit/Loss, Balance Sheet, 2 Provide evidence of Schedule J Expenses of Lines: 21 (tolls), 3) Provide explanation of line 8h income**,** 4) Amend Plan to fund months 1-6, 5) Income appears to be understated-does debtor have an additional job pursuant to occupation listed on Sch. I separate from business income? 6) Object or Conform to POC# 6-upon trustee's review of 2A Plan it appears the regular payment will not be cured in month 60 due to lower MMM payments in months 1-6, 7) Object or Conform to Notice of Postpetition Mortgage Fees, Expenses and Charges filed on 12/18/2024

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402