

**ORDERED in the Southern District of Florida on March 19, 2025.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Yasser Boza Diaz                                                         Case No.: 24-15532-CLC
                                                                                                      Chapter 13

_____Debtor(s)_____/

## AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF FLORIDA DEPARTMENT OF REVENUE

THIS MATTER having come upon Debtor's Objection to Claim of Florida Department Of Revenue; claim #2 ("Objection") [ECF#42], noting the agreement of the parties, and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:       (305) 349-3463
Fax:      (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)