**Fill in this information to identify the case:**

Debtor 1      Yasser Boza Diaz

Debtor 2 (Spouse, if filing)    _____

United States Bankruptcy Court for the:  Southern    District of  FL  (State)

Case Number  24-15532-CLC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

**If the debtor's plan provides for payment of post-petition contractual installments on your claims secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST

**Court claim no. (if known):** 6

**Last four digits** of any number you use to identify the debtor's account:   4613

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees: "Safe Harbor Fee": Preparing and filing a proof of claim on behalf of a secured creditor. Review of Chapter 13 Plan. Objection to Chapter 13 Plan. Monitoring the case for any pleading and/or activity that may impact a secured creditor's claim prior to confirmation.** | 06/26/2024, 08/09/2024 | (3) $525.00 |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐         I am the creditor.

☒         I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

 I declare under penalty of perjury that the information provided in this claim is true and correct and to the best of my knowledge, information, and reasonable belief and is specifically based upon the Creditor's pre-filing verification and approval of the content of this notice of post-petition fees.

/s/ George Zamora
Signature                                                                         Date  December 18, 2024

Print:    George Zamora                                                    Title  Attorney

Company   Kass Shuler, P.A.

1505 N. Florida Ave.
Tampa, FL  33602-2613

Contact phone   (813) 229-0900    Email  gzamora@kasslaw.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 18, 2024, by U.S. Mail and/or electronic mail via CM/ECF to: Yasser Boza Diaz, 8090 W 18TH LANE RD, Hialeah, FL 33014; Yoelexys Figueroa at his/her place of abode, 8090 W 18TH LANE RD, Hialeah, FL 33014; Jose A. Blanco 102 East 49th Street, Hialeah, FL 33013; Nancy K. Neidich, Trustee P.O. Box 279806, Miramar, FL 33027-9806; Office of the United States Trustee  51 Southwest First Avenue, Suite 1204, Miami, FL 33130.

/s/ George Zamora
George Zamora

2424734B/mb